**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **JASON MICHAEL DOCANTO,** **)** |  |
| **)** |  |
| **Plaintiff,** **)** |  |
| **)** |  |
| **v.** **)** | **Civil Action No.** |
| **)** | **25-13172-FDS** |
| **KEVIN COPPINGER,** **)** |  |
| **)** |  |
| **Defendant.** **)** |  |
| **)** |  |

**ORDER**

**SAYLOR, J.**

*Pro se* plaintiff Jason Docanto, who was confined at the Essex County Correctional Facility ("ECCF") when he commenced this action, filed a complaint against Essex County Sheriff Kevin Coppinger, alleging that prisoners at the correctional facility are wrongfully required to choose between attending rehabilitative programming necessary to accrue good time credits or having access to the law library. (Dkt. No. 1). Docanto's renewed motion for leave to proceed *in forma pauperis* is pending (Dkt. No. 6) and a summons has not issued.

On November 3, 2025, the Clerk received a letter from Docanto addressed to Judge Indira Talwani of this Court. The letter was docketed in *Docanto v. Duffy*, C.A. No. 25-12697-IT (Dkt. No. 9), a case brought by the same plaintiff in which Boston University Public Safety and Boston University Police Department are defendants. In the letter, Docanto states, "I filed a § 1983 claim against Boston University, et. al, that I must withdraw for the moment . . . ." He also states, "I also must withdraw my just filed Docanto v. Coppinger because ECCF moved me and those conditions don't apply any longer and I don't want to waste the Courts time." *Id.* (as in original). Docanto did not provide an updated address.

On December 24, 2025, Judge Talwani entered an order stating that the case was voluntarily dismissed.  (Dkt. No. 10).  She also stated: "Plaintiff states further that he also seeks to withdraw Docanto v. Coppinger, a matter before another judge.  Plaintiff should submit a separate request regarding that case and should include the case name and number (25-cv-13172-FDS) in his filing."  *Id.*  A copy of this order was mailed to Docanto at ECCF, but was returned as undeliverable.  (Dkt. Nos. 12, 13).

In light of Docanto's statement that he is no longer confined at ECCF and does not wish to pursue this action, this action is voluntarily DISMISSED and the case is CLOSED.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  April 24, 2026                United States District Judge

2